

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*

*970 Broad Street, Suite 700*  *general number: (973) 645-2700*
*Newark, New Jersey 07102*  *telephone: (973) 645-3141*
  *fax: (973) 297-2010*
  *e-mail: michael.campion@usdoj.gov*

**BY ECF and U.S. Mail**

September 16, 2008

Hon. Peter G. Sheridan
United States District Court
Martin Luther King Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

>  Re:  Pfaff v. United States
>  Civil Action No. 07-5958 (PGS)

Dear Judge Sheridan:

   As the Court is aware, the United States filed a motion to dismiss on August 11, 2008. With respect to the motion, the Court set the following deadlines: (1) the Court required Plaintiff to file his opposition brief (if any) by September 2, 2008, (2) assuming Plaintiff filed an opposition brief, the United States was required to file its reply brief by September 8, and (3) and the Court scheduled the motion hearing for September 15, 2008.

   Plaintiff did not comply with these deadlines. Only today did the United States finally receive Plaintiff's opposition brief.[1] This is two weeks after Plaintiff's opposition brief was due. The United States, therefore, requests two weeks to file a reply brief. A proposed order is attached.

   Please accept this letter in lieu of a more formal motion to request a new deadline to file its reply brief.

  Very truly yours,

  CHRISTOPHER J. CHRISTIE
  United States Attorney

  s/ Michael E. Campion

 By:  MICHAEL E. CAMPION
  Assistant United States Attorney

9/25/08
*So Ordered*
*Peter Sheridan*

---

[1] Apparently, Plaintiff filed a paper copy on September 12 (10 days late), but it was not delivered by ECF to the United States until September 16.

cc:    David Pfaff (by certified mail) (with enclosure)
       1 Channel Club Tower, Unit 1811
       Monmouth Beach, NJ 07750